UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>KENNETH M. ADDISON, )<br>)<br>Defendants. ) | Cause No. 1:22-cr-00142-JRS-KMB |

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, on September 30, 2022, an Information was filed against Defendant Kenneth Addison, charging him with Felon In Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(Count One); and Possession with Intent to Distribute Marijuana, in violation of 18 U.S.C. § 841(a)(Count Two); and;

1. WHEREAS, on August 18, 2021,a n Indictment was filed, charging the Defendant with Accessory After the Fact, in violation of 18 U.S.C. § 3(Count One), and Obstruction of Justice, in violation of 18 U.S.C. § 1505)(Count Two); and

WHEREAS, the Defendant has been convicted of counts in the Indictment and Information, and the Court has ordered the forfeiture of the following property:

- 2 Real property, located at 15 North Creedmore Way, Anderson, Indiana 46011. Parcel Numbers: 48-11-09-200-095.000-003;48-11-09-200-094.000-003 and 48-11-09-200-096.000-003;
  (Asset Identification Number: 20-FBI-007692)

- 2017 Lowe Pontoon Boat SF Series SF212 and 2017 Karavan Pontoon trailer.
  (Asset Identification Number: 20-FBI-007694)

- $44,569.00 United States Currency;

- M&P, Bodyguard, 3S0-caliber, obliterated serial number;
- New England Firearms, Pardner Pump, l2- gauge, SN: HW507226;
- New Taurus, PT 1911, .45 caliber, SN: NGW84836;
- LWRC Rifle, unknown model, 5.56 caliber, SN: 4-22336; and
- Ammunition.

(Collectively, Asset Identification Number 22-FBI-007908).

"Subject Property"

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that the Defendants interest in the Subject Property described above is hereby FORFEITED to the United States.

The Attorney General or his designee is hereby authorized, pursuant to 21 U.S.C. § 853(g), as incorporated by 28 U.S.C. § 2461(c), to seize the Subject Property.

The United States is hereby ORDERED pursuant to 21 U.S.C. § 853(n), to publish notice of this Order of Forfeiture and the United States' intent to dispose of the Subject Property in such manner as the Attorney General or his designee may direct, and notice that any person other than the Defendants having or claiming a legal interest in the Subject Property must file a petition with this Court within thirty (30) days of the final publication of notice or of personal receipt of notice, whichever is earlier.

The notice provided by the United States shall state that any petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Subject Property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the Subject Property, as well as any additional facts supporting the petitioner's claim, and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the Subject Property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

IT IS FURTHER DECREED that this is a proper certificate under 28 U.S.C. § 2465, that there is reasonable cause for seizure of the Subject Property, and that neither any officer or employee of the United States who seizes the Subject Property nor the prosecutor bringing this action will be liable to suit or judgment on account of this proceeding to forfeit the Subject Property.

SO ORDERED.

Distribution to all registered counsel via electronic notification.