## General Information

**Parcel Number**
48-11-09-200-095.000-003

**Local Parcel Number**
18-999-J-02Z

**Tax ID:**
18-999-J-02Z

**Routing Number**
K2-B

**Property Class 510**
1 Family Dwell - Platted Lot

**Year: 2023**

## Location Information

**County**
Madison

**Township**
ANDERSON TOWNSHIP

**District 003 (Local 018)**
ANDERSON CITY - ANDERSON T

**School Corp 5275**
ANDERSON COMMUNITY

**Neighborhood 180904-003**
CREEDMOOR GLEN

**Section/Plat**
09

**Location Address (1)**
15  N CREEDMOOR WAY
ANDERSON, IN 46011

**Zoning**

**Subdivision**

**Lot**
002

**Market Model**
180904-510-599

## Characteristics

**Topography**      **Flood Hazard**
Level                       ☐

**Public Utilities**        **ERA**
Water, Electricity          ☐

**Streets or Roads**        **TIF**
Paved                       ☐

**Neighborhood Life Cycle Stage**
Static

Printed   Thursday, April 20, 2023
Review Group   2025

## Ownership

ADDISON KENNETH M
15 N CREEDMOOR WAY
ANDERSON, IN 46011

## Legal

CREEDMOR GLEN 0.0000Acres STR: 00000
SECTION: PLAT: 00 IN: OUT:

## Transfer of Ownership

| Date | Owner | Doc ID | Code | Book/Page | Adj Sale Price | V/I |
|---|---|---|---|---|---|---|
| 11/18/2019 | ADDISON KENNETH | | QC | / | $0 | I |
| 07/19/2012 | RAINES LISA A | | SW | / | $0 | I |
| 07/18/2011 | PNC BANK NA | | SH | / | $0 | I |
| 03/01/2009 | HAMPTON STEPHEN | | ND | / | $0 | I |

Res

## Valuation Records (Work In Progress values are not certified values and are subject to change)

| | 2023 | Assessment Year | 2023 | 2022 | 2021 | 2020 | 2019 |
|---|---|---|---|---|---|---|---|
| | WIP | Reason For Change | AA | AA | AA | AA | AA |
| | 04/16/2023 | As Of Date | 04/18/2023 | 05/27/2022 | 04/15/2021 | 04/16/2020 | 04/20/2019 |
| | Indiana Cost Mod | Valuation Method | Indiana Cost Mod | Indiana Cost Mod | Indiana Cost Mod | Indiana Cost Mod | Indiana Cost Mod |
| | 1.0000 | Equalization Factor | 1.0000 | 1.0100 | 1.0000 | 1.0000 | 1.0000 |
| | | Notice Required | ☐ | ☐ | ☐ | ☐ | ☐ |
| | $45,400 | Land | $45,400 | $44,100 | $43,700 | $41,600 | $41,600 |
| | $45,400 | Land Res (1) | $45,400 | $44,100 | $43,700 | $41,600 | $41,600 |
| | $0 | Land Non Res (2) | $0 | $0 | $0 | $0 | $0 |
| | $0 | Land Non Res (3) | $0 | $0 | $0 | $0 | $0 |
| | $752,600 | Improvement | $752,600 | $762,100 | $741,700 | $703,600 | $684,700 |
| | $725,900 | Imp Res (1) | $725,900 | $733,200 | $713,900 | $677,200 | $657,500 |
| | $0 | Imp Non Res (2) | $0 | $0 | $0 | $0 | $0 |
| | $26,700 | Imp Non Res (3) | $26,700 | $28,900 | $27,800 | $26,400 | $27,200 |
| | $798,000 | Total | $798,000 | $806,200 | $785,400 | $745,200 | $726,300 |
| | $771,300 | Total Res (1) | $771,300 | $777,300 | $757,600 | $718,800 | $699,100 |
| | $0 | Total Non Res (2) | $0 | $0 | $0 | $0 | $0 |
| | $26,700 | Total Non Res (3) | $26,700 | $28,900 | $27,800 | $26,400 | $27,200 |

## Land Data (Standard Depth: Res 200, Cl 175, Base Lot: Res 144 X 240, Cl 0 X 0)

| Land Type | Pricing Method | Soil ID | Act Front. | Size | Factor | Rate | Adj. Rate | Ext. Value | Infl. % | Res Elig % | Market Factor | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F | F | | 130 | 130x318 | 1.09 | $320 | $349 | $45,370 | 0% | 100% | 1.0000 | $45,370 |

Data Source   External Only       Collector   10/06/2021   md       Appraiser   10/06/2021   md

Exh. 1
Page 1 of 4

## Notes

10/15/2021 Imported: NO CHG PER REAS KL

12/3/2015 Imported: PER REASS CHG BA BAL/OMP FOR 16P17//TN

4/2/2014 Imported: added pool and put gar attached per site ck for permit # 11689 / rb

7/19/2013 Imported: corrected sq. ft. / rb

11/16/2012 Imported: CHGD GRADE FRO TO B+1 12P13 KL

11/29/2011 : no change per reassessment

## Land Computations

Calculated Acreage
Actual Frontage
Developer Discount
Parcel Acreage
81 Legal Drain NV
82 Public Roads NV
83 UT Towers NV
9 Homesite
91/92 Acres
Total Acres Farmland
Farmland Value
Measured Acreage
Avg Farmland Value/Acre
Value of Farmland
Classified Total
Farm / Classifed Value
Homesite(s) Value
91/92 Value
Supp. Page Land Value
CAP 1 Value             $
CAP 2 Value
CAP 3 Value
Total Value             $

| 48-11-09-200-095.000-003 | ADDISON KENNETH M | 15 N CREEDMOOR WAY | 510, 1 Family Dwell - Platted Lot | CREEDMOOR GLEN/18090 |

| | | | # | TF |
|---|---|---|---|---|
| Occupancy | Single-Family | | | |
| Description | Single-Family | Full Bath | 3 | 9 |
| Story Height | 2 | Half Bath | 3 | 6 |
| Style | N/A | Kitchen Sinks | 1 | 1 |
| Finished Area | 9659 sqft | Water Heaters | 1 | 1 |
| Make | | Add Fixtures | 10 | 10 |
| | | Total | 18 | 27 |

| Earth | Tile |
| Slab | Carpet |
| Sub & Joist | Unfinished |
| Wood | Other |
| Parquet | |

Bedrooms 0
Living Rooms
Dining Rooms 1
Family Rooms 1
Total Rooms 0

| Plaster/Drywall | Unfinished |
| Paneling | Other |
| Fiberboard | |

Central Warm Air

| Built-Up | Metal | ✓ Asphalt | Slate | Tile |
| Wood Shingle | | Other | | |

| Description | Area | Value |
|---|---|---|
| Porch, Open Masonry | 348 | $12,300 |
| Balcony | 348 | $3,500 |
| Porch, Open Frame | 280 | $10,000 |
| Patio, Brick | 668 | $8,600 |
| Porch, Open Frame | 180 | $7,000 |
| Patio, Concrete | 173 | $1,000 |

| Floor | Constr | Base | Finish | Value | T |
|---|---|---|---|---|---|
| 1 | 92 | 4268 | 4268 | $226,500 | |
| 2 | 1Fr | 2702 | 2702 | $82,900 | |
| 3 | | | | | |
| 4 | | | | | |
| 1/4 | | | | | |
| 1/2 | | | | | |
| 3/4 | | | | | |
| Attic | | 1405 | 0 | $7,600 | |
| Bsmt | | 2689 | 2689 | $120,400 | |
| Crawl | | 1579 | 0 | $7,300 | |
| Slab | | | | | |
| | | | Total Base | $44< | |
| Adjustments | | 1 Row Type Adj. x 1.00 | | $44< | |
| Unfin Int (-) | | | | | |
| Ex Liv Units (+) | | | | | |
| Rec Room (+) | | | | | |
| Loft (+) | | | | | |
| Fireplace (+) | | MS:1 MO:4 | | $15 | |
| No Heating (-) | | | | | |
| A/C (+) | | 2:2702 1:4268 | | $12 | |
| No Elec (-) | | | | | |
| Plumbing (+/-) | | 27 – 5 = 22 x $800 | | $17 | |
| Spec Plumb (+) | | | | $1 | |
| Elevator (+) | | | | | |

| Description | Count | Value |
|---|---|---|
| Bath Tub With Jets | 1 | $1,800 |

| | | |
|---|---|---|
| Sub-Total, One Unit | | $491 |
| Sub-Total, 1 Units | | |
| Exterior Features (+) | $42,400 | $534 |
| Garages (+) 2086 sqft | $48,900 | $583 |
| Quality and Design Factor (Grade) | | |
| Location Multiplier | | |
| Replacement Cost | | $816 |

| Description | Res Eligibl | Story Height | Construction | Grade | Year Built | Eff Year | Eff Age | Co nd | Base Rate | LCM | Adj Rate | Size | RCN | Norm Dep | Remain. Value | Abn Obs | PC | Nbhd | Mrkt | Im V |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1: Single-Family | 100% | 2 | 1/6 Masonry | B+2 | 1996 | 1996 | 27 | A | | 1.00 | | 11,064 sqft | $816,340 | 22% | $636,750 | 0% | 100% | 1.140 | 1.0000 | $725 |
| 2: Pool, In Ground | 0% | 1 | | C | 2013 | 2013 | 10 | A | $30.75 | 1.00 | $38.79 | 18'x40' | $33,505 | 30% | $23,450 | 0% | 100% | 1.140 | 1.0000 | $26 |

Exh. 1
Page 2 of 4

## General Information

**Parcel Number**
48-11-09-200-096.000-003

**Local Parcel Number**
18-999-J-03AZ

**Tax ID:**
18-999-J-03AZ

**Routing Number**
K2-B

**Property Class** 500
Vacant - Platted Lot

**Year:** 2023

## Location Information

**County**
Madison

**Township**
ANDERSON TOWNSHIP

**District** 003 (Local 018)
ANDERSON CITY - ANDERSON T

**School Corp** 5275
ANDERSON COMMUNITY

**Neighborhood** 180904-003
CREEDMOOR GLEN

**Section/Plat**
09

**Location Address (1)**
0    N  CREEDMOOR WAY
ANDERSON, IN 46011

**Zoning**

**Subdivision**

**Lot**
003

**Market Model**
180904-500-505

## Characteristics

**Topography**    **Flood Hazard**
Level                        ☐

**Public Utilities**    **ERA**
Water, Electricity    ☐

**Streets or Roads**    **TIF**
Paved                              ☐

**Neighborhood Life Cycle Stage**
Static

Printed  Thursday, April 20, 2023
Review Group  2025

## Ownership

ADDISON KENNETH M
15 N CREEDMOOR WAY
ANDERSON, IN 46011

## Legal

CREEDMOR GLEN EXC S PT 0.0000Acres STR: 00000 SECTION: PLAT: 00 IN: OUT:

## Transfer of Ownership

| Date | Owner | Doc ID | Code | Book/Page | Adj Sale Price | V/I |
|---|---|---|---|---|---|---|
| 11/18/2019 | ADDISON KENNETH | | WD | / | $0 | I |
| 07/19/2012 | RAINES LISA A | | SW | / | $0 | I |
| 03/01/2009 | HAMPTON STEPHEN | | ND | / | $0 | I |

## Notes

10/15/2021 Imported: NO CHG PER REASS KL

12/2/2015 Imported: PER REASS NO CHG 16P17//TN

11/29/2011 : no change per reassessment H

Res

## Valuation Records (Work In Progress values are not certified values and are subject to change)

| | 2023 | Assessment Year | 2023 | 2022 | 2021 | 2020 | 2019 |
|---|---|---|---|---|---|---|---|
| | WIP | Reason For Change | AA | AA | AA | AA | AA |
| | 04/16/2023 | As Of Date | 04/18/2023 | 05/27/2022 | 04/15/2021 | 04/16/2020 | 04/20/2019 |
| | Indiana Cost Mod | Valuation Method | Indiana Cost Mod | Indiana Cost Mod | Indiana Cost Mod | Indiana Cost Mod | Indiana Cost Mod |
| | 1.0000 | Equalization Factor | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| | | Notice Required | ☐ | ☐ | ☐ | ☐ | ☐ |
| | $10,400 | Land | $10,400 | $10,100 | $10,100 | $9,600 | $9,600 |
| | $0 | Land Res (1) | $0 | $0 | $0 | $0 | $0 |
| | $0 | Land Non Res (2) | $0 | $0 | $0 | $0 | $0 |
| | $10,400 | Land Non Res (3) | $10,400 | $10,100 | $10,100 | $9,600 | $9,600 |
| | $0 | Improvement | $0 | $0 | $0 | $0 | $0 |
| | $0 | Imp Res (1) | $0 | $0 | $0 | $0 | $0 |
| | $0 | Imp Non Res (2) | $0 | $0 | $0 | $0 | $0 |
| | $0 | Imp Non Res (3) | $0 | $0 | $0 | $0 | $0 |
| | $10,400 | Total | $10,400 | $10,100 | $10,100 | $9,600 | $9,600 |
| | $0 | Total Res (1) | $0 | $0 | $0 | $0 | $0 |
| | $0 | Total Non Res (2) | $0 | $0 | $0 | $0 | $0 |
| | $10,400 | Total Non Res (3) | $10,400 | $10,100 | $10,100 | $9,600 | $9,600 |

## Land Data (Standard Depth: Res 200', CI 175'   Base Lot: Res 144' X 240', CI 0' X 0')

| Land Type | Pricing Method | Soil ID | Act Front. | Size | Factor | Rate | Adj. Rate | Ext. Value | Infl. % | Res Elig % | Market Factor | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F | F | | 61 | 61x284 | 1.07 | $320 | $342 | $20,862 | -50% | 0% | 1.0000 | $10,430 |

## Land Computations

Calculated Acreage
Actual Frontage
Developer Discount
Parcel Acreage
81 Legal Drain NV
82 Public Roads NV
83 UT Towers NV
9 Homesite
91/92 Acres
Total Acres Farmland
Farmland Value
Measured Acreage
Avg Farmland Value/Acre
Value of Farmland
Classified Total
Farm / Classfied Value
Homesite(s) Value
91/92 Value
Supp. Page Land Value
CAP 1 Value
CAP 2 Value
CAP 3 Value                                $
**Total Value**                            $

Data Source   External Only        Collector  10/06/2021   md        Appraiser  10/06/2021   md

Exh. 1
Page 3 of 4

## General Information

**Parcel Number**
48-11-09-200-094.000-003

**Local Parcel Number**
18-999-J-01Z

**Tax ID:**
18-999-J-01Z

**Routing Number**
K2-B

**Property Class 500**
Vacant - Platted Lot

**Year:** 2023

## Location Information

**County**
Madison

**Township**
ANDERSON TOWNSHP

**District 003 (Local 018)**
ANDERSON CITY - ANDERSON T

**School Corp 5275**
ANDERSON COMMUNITY

**Neighborhood 180904-003**
CREEDMOOR GLEN

**Section/Plat**
09

**Location Address (1)**
0   N  CREEDMOOR WAY
ANDERSON, IN 46011

**Zoning**

**Subdivision**

**Lot**
001

**Market Model**
180904-500-505

## Characteristics

**Topography**
Level

**Flood Hazard** ☐

**Public Utilities**
Water, Electricity

**ERA** ☐

**Streets or Roads**
Paved

**TIF** ☐

**Neighborhood Life Cycle Stage**
Static

Printed   Thursday, April 20, 2023
**Review Group**   2025

## Ownership

ADDISON KENNETH M
15 N CREEDMOOR WAY
ANDERSON, IN 46011

## Legal

CREEDMOR GLEN 0.0000Acres STR: 00000
SECTION:   PLAT: 00   IN:   OUT:

## Transfer of Ownership

| Date | Owner | Doc ID | Code | Book/Page | Adj Sale Price | V/I |
|---|---|---|---|---|---|---|
| 11/18/2019 | ADDISON KENNETH |  | WD | / | $0 | I |
| 07/19/2012 | RAINES LISA A |  | SW | / | $0 | I |
| 07/18/2011 | PNC BANK NA |  | SH | / | $604,950 | I |
| 03/01/2009 | HAMPTON STEPHEN |  | ND | / | $0 | I |

Res

## Valuation Records (Work In Progress values are not certified values and are subject to change)

| | 2023 WIP | Assessment Year | 2023 | 2022 | 2021 | 2020 | 2019 |
|---|---|---|---|---|---|---|---|
| | | Reason For Change | AA | AA | AA | AA | AA |
| | 04/16/2023 | As Of Date | 04/18/2023 | 05/27/2022 | 04/15/2021 | 04/16/2020 | 04/20/2019 |
| | Indiana Cost Mod | Valuation Method | Indiana Cost Mod | Indiana Cost Mod | Indiana Cost Mod | Indiana Cost Mod | Indiana Cost Mod |
| | 1.0000 | Equalization Factor | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |
| | ☐ | Notice Required | ☐ | ☐ | ☐ | ☐ | ☐ |
| | $23,100 | Land | $23,100 | $22,200 | $22,200 | $21,200 | $21,200 |
| | $0 | Land Res (1) | $0 | $0 | $0 | $0 | $0 |
| | $0 | Land Non Res (2) | $0 | $0 | $0 | $0 | $0 |
| | $23,100 | Land Non Res (3) | $23,100 | $22,200 | $22,200 | $21,200 | $21,200 |
| | $0 | Improvement | $0 | $0 | $0 | $0 | $0 |
| | $0 | Imp Res (1) | $0 | $0 | $0 | $0 | $0 |
| | $0 | Imp Non Res (2) | $0 | $0 | $0 | $0 | $0 |
| | $0 | Imp Non Res (3) | $0 | $0 | $0 | $0 | $0 |
| | $23,100 | Total | $23,100 | $22,200 | $22,200 | $21,200 | $21,200 |
| | $0 | Total Res (1) | $0 | $0 | $0 | $0 | $0 |
| | $0 | Total Non Res (2) | $0 | $0 | $0 | $0 | $0 |
| | $23,100 | Total Non Res (3) | $23,100 | $22,200 | $22,200 | $21,200 | $21,200 |

## Land Data (Standard Depth: Res 200', CI 175'  Base Lot: Res 144' X 240', CI 0' X 0')

| Land Type | Pricing Method | Soil ID | Act Front. | Size | Factor | Rate | Adj. Rate | Ext. Value | Infl. % | Res Elig % | Market Factor | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F | F |  | 130 | 130x361 | 1.11 | $320 | $355 | $46,150 | -50% | 0% | 1.0000 | $23,080 |

## Notes

10/15/2021 Imported: NO CHG PER REAS KL

12/2/2015 Imported: PER REASS NO CH( 16P17//TN

7/20/2012 Imported: SP 604,950 7-19-201 SOLD WITH PARCELS # 4811092000950 481109200096000003

11/29/2011 : no change per reassessment

8/18/2011 : SP 385,387,58   7-18-2011  A SOLD WITH 999-J-02Z   CC

8/31/2010 : CK CONVERSION KL

## Land Computations

Calculated Acreage
Actual Frontage
Developer Discount
Parcel Acreage
81 Legal Drain NV
82 Public Roads NV
83 UT Towers NV
9 Homesite
91/92 Acres
Total Acres Farmland
Farmland Value
Measured Acreage
Avg Farmland Value/Acre
Value of Farmland
Classified Total
Farm / Classifed Value
Homesite(s) Value
91/92 Value
Supp. Page Land Value
CAP 1 Value
CAP 2 Value
CAP 3 Value   $
**Total Value**   $

Data Source   External Only    Collector   10/06/2021   md    Appraiser   10/06/2021   md

Exh. 1
Pg 4 of 4