Kenneth Morgan Addison
62770-509 Cardinal Unit
Federal Medical Center Lexington
P.O. Box 14500
Lexington, KY 40512-4500

7022 0410 0002 3374 8131



FILED
SEP 1 2 2023
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

⇔62770-509⇔
Clerk Of Court
U.S. District Court
46 E OHIO ST
Room 105
Indianapolis, IN 46204
United States