FILED
11/20/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:22-cr-00142-JRS-KMB |
| Plaintiff, ) | |
| v. ) | NOTICE OF ADDRESS CHANGE |
| KENNETH MORGAN ADDISON, ) | |
| Defendant. ) | |

Defendant in pro se, Kenneth Addison, hereby notifies the Court and Government that he will relocate from his current address to the halfway house in Indianapolis at the end of November 2023. The Court and Government should send all future case-related filings and correspondence to the following address:

Kenneth Morgan Addison
2310 E. 900 South
Markleville, IN 46056

Respectfully submitted this 13 day of November, 2023.

*Kenneth Morgan Addison*
Kenneth Morgan Addison

CERTIFICATE OF SERVICE

I certify that I mailed a copy of the foregoing to the following:

Kelly Rota
10 W. Market Street, Suite 2100
Indianapolis, IN 46204-3048

Date: November 13, 2023.

*Kenneth Morgan Addison*
Kenneth Morgan Addison

U.S. v. Addison
Not. of Address Change