Kenneth Morgan Addison
62770-509 Cardinal Unit
Federal Medical Center Lexington
P.O. Box 14500
Lexington, KY 40512-4500

LEXINGTON KY 405
15 NOV 2023 PM 3 L



⇔62770-509⇔
Clerk Of Court
U.S. District Court
46 E OHIO ST
Room 105
Indianapolis, IN 46204
United States

FILED
NOV 20 2023
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

46204-199999