IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:21-CR-00242-JRS-KMB |
| | ) | |
| Kenneth M. Addison and John C. Harville | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 03, 2023 and ending on July 02, 2023. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 29, 2024 at Indianapolis, IN.

s/ Michelle Butler
Michelle Butler
Paralegal Specialist

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION
# COURT CASE NUMBER: 1:21-CR-00242-JRS-KMB; NOTICE OF FORFEITURE

Notice is hereby given that on April 21, 2023, in the case of <u>U.S. v. Kenneth M. Addison and John C. Harville</u>, Court Case Number 1:21-CR-00242-JRS-KMB, the United States District Court for the Southern District of Indiana entered an Order condemning and forfeiting the following property to the United States of America:

Five assorted firearms with magazines and ammunitionincluding a Smith & Wesson M&P Bodyguard 380, Ser No: KDN2182; a New England Pardner Renegade 12 guage pump shotgun, Ser No: HW507226; a Taurus PT 1911, Ser No: HGW84836; a LWRC IC-DI rifle, Ser No: 24-22336; a Glock 21, Ser No: LVZ745; 1 Associated magazines and ammunition seized from Kenneth Addison on September 30, 2022, at 15 N Creedmore Way, Anderson, Indiana (Asset Identification Number: 22-FBI-007908)

$43,969.00 U.S. Currency seized from Kenneth Addison on September 30, 2022, at 15 N Creedmore Way, Anderson, Indiana (Asset Identification Number: 22-FBI-007909)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (June 03, 2023) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, Room 105, United States Courthouse, 46 E. Ohio Street, Indianapolis, IN  46204, and a copy served upon Assistant United States Attorney Bradley P. Shepard, 10 W. Market Street, Suite 2100, Indianapolis, IN  46204.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the

penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Bradley P. Shepard, 10 W. Market Street, Suite 2100, Indianapolis, IN  46204.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between June 3, 2023 and July 02, 2023.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Kenneth M. Addison and John C. Harville

**Court Case No:** 1:21-CR-00242-JRS-KMB
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 06/03/2023 | 23.9 | Verified |
| 2 | 06/04/2023 | 23.9 | Verified |
| 3 | 06/05/2023 | 23.9 | Verified |
| 4 | 06/06/2023 | 23.9 | Verified |
| 5 | 06/07/2023 | 23.9 | Verified |
| 6 | 06/08/2023 | 23.9 | Verified |
| 7 | 06/09/2023 | 23.9 | Verified |
| 8 | 06/10/2023 | 23.9 | Verified |
| 9 | 06/11/2023 | 24.0 | Verified |
| 10 | 06/12/2023 | 23.9 | Verified |
| 11 | 06/13/2023 | 24.0 | Verified |
| 12 | 06/14/2023 | 23.9 | Verified |
| 13 | 06/15/2023 | 23.9 | Verified |
| 14 | 06/16/2023 | 23.9 | Verified |
| 15 | 06/17/2023 | 24.0 | Verified |
| 16 | 06/18/2023 | 24.0 | Verified |
| 17 | 06/19/2023 | 23.9 | Verified |
| 18 | 06/20/2023 | 23.9 | Verified |
| 19 | 06/21/2023 | 24.0 | Verified |
| 20 | 06/22/2023 | 24.0 | Verified |
| 21 | 06/23/2023 | 23.8 | Verified |
| 22 | 06/24/2023 | 23.9 | Verified |
| 23 | 06/25/2023 | 23.9 | Verified |
| 24 | 06/26/2023 | 23.9 | Verified |
| 25 | 06/27/2023 | 23.9 | Verified |
| 26 | 06/28/2023 | 23.9 | Verified |
| 27 | 06/29/2023 | 23.9 | Verified |
| 28 | 06/30/2023 | 23.9 | Verified |
| 29 | 07/01/2023 | 24.0 | Verified |
| 30 | 07/02/2023 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:20-CR-00007-JPH-KMB |
| | ) | |
| Lisa Ann Raines | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 02, 2023 and ending on August 31, 2023. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 29, 2024 at Indianapolis, IN.

                                                             s/ Michelle Butler
                                                            Michelle Butler
                                                            Paralegal Specialist

Attachment 1

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION
## COURT CASE NUMBER: 1:20-CR-00007-JPH-KMB; NOTICE OF FORFEITURE

Notice is hereby given that on July 27, 2023, in the case of <u>U.S. v. Lisa Ann Raines</u>, Court Case Number 1:20-CR-00007-JPH-KMB, the United States District Court for the Southern District of Indiana entered an Order condemning and forfeiting the following property to the United States of America:

$89,705.86 is lieu of real property located at 732 and 736 S. Main Street, Lapel, Indiana seized from Lisa A. Raines on January 13, 2020, at 15 North Creedmore Way, Anderson, Indiana (Asset Identification Number: 20-FBI-001992)

2015 Toyota Tundra registered to John Calvin Harville, Jr. VIN# 5TFDW5F1XFX457475 seized from Lisa A. Raines on January 7, 2020, at 15 North Creedmore Way, Anderson, Indiana (Asset Identification Number: 20-FBI-002152)

Real property, located at 15 North Creedmore Way, Anderson, Indiana 46011. Parcel Numbers: 48-11-09-200-095.000-003;48-11-09-200-094.000-003 and 48-11-09-200-096.000-003, Parcel # Lots 1, 2, 3(Asset Identification Number: 20-FBI-007692)

$8,206.50 U.S. currency seized from Lisa A. Raines on January 7, 2020, at 15 North Creedmore Way, Anderson, Indiana (Asset Identification Number: 20-FBI-007693)

2017 Lowe Pontoon Boat, Series SF212, Ser No: LWC06544C717; and 2017 Karavn Pontoon Trailer, Ser No: 5KTPS2522HF553931 registered to John Calvin Harville Jr. seized from John Harville Jr. on June 1, 2023, at 20236 Hague Rd., Noblesville, Indiana (Asset Identification Number: 20-FBI-007694)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (August 02, 2023) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, Room 105, United States Courthouse, 46 E. Ohio Street, Indianapolis, IN 46204, and a copy served upon Assistant United States Attorney Brad Shepard, 10 W. Market Street, Suite 2100, Indianapolis, IN 46204. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Brad Shepard, 10 W. Market Street, Suite 2100, Indianapolis, IN  46204.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between August 2, 2023 and August 31, 2023.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Lisa Ann Raines

**Court Case No:**        1:20-CR-00007-JPH-KMB
**For Asset ID(s):**      See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 08/02/2023 | 23.8 | Verified |
| 2 | 08/03/2023 | 24.0 | Verified |
| 3 | 08/04/2023 | 23.4 | Verified |
| 4 | 08/05/2023 | 23.9 | Verified |
| 5 | 08/06/2023 | 24.0 | Verified |
| 6 | 08/07/2023 | 23.9 | Verified |
| 7 | 08/08/2023 | 23.9 | Verified |
| 8 | 08/09/2023 | 23.9 | Verified |
| 9 | 08/10/2023 | 23.9 | Verified |
| 10 | 08/11/2023 | 23.9 | Verified |
| 11 | 08/12/2023 | 23.9 | Verified |
| 12 | 08/13/2023 | 23.9 | Verified |
| 13 | 08/14/2023 | 24.0 | Verified |
| 14 | 08/15/2023 | 23.8 | Verified |
| 15 | 08/16/2023 | 23.9 | Verified |
| 16 | 08/17/2023 | 23.9 | Verified |
| 17 | 08/18/2023 | 23.9 | Verified |
| 18 | 08/19/2023 | 23.8 | Verified |
| 19 | 08/20/2023 | 23.9 | Verified |
| 20 | 08/21/2023 | 23.9 | Verified |
| 21 | 08/22/2023 | 23.9 | Verified |
| 22 | 08/23/2023 | 23.9 | Verified |
| 23 | 08/24/2023 | 23.9 | Verified |
| 24 | 08/25/2023 | 23.9 | Verified |
| 25 | 08/26/2023 | 23.9 | Verified |
| 26 | 08/27/2023 | 24.0 | Verified |
| 27 | 08/28/2023 | 23.9 | Verified |
| 28 | 08/29/2023 | 23.9 | Verified |
| 29 | 08/30/2023 | 23.9 | Verified |
| 30 | 08/31/2023 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.