UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:22-cr-00142-JRS-KMB |
| | ) | |
| KENNETH M. ADDISON, | ) -01 | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**<u>FINAL ORDER OF FORFEITURE</u>**

This matter is before the Court on the motion of the United States for a Final Order of Forfeiture, and the Court being duly advised in the premises finds that the motion should be and hereby is GRANTED. The Court finds as follows:

1. On April 21, 2023, this Court entered a Preliminary Order of Forfeiture against the Defendant, Kenneth M. Addison, forfeiting his interest in the Subject Property to the United States:

- 2017 Lowe Pontoon Boat SF Series SF212 and 2017 Karavan Pontoon trailer.
  (Asset Identification Number: 20-FBI-007694);

- $17,042.00 United States Currency;
- $25,134,00 United States Currency; and
- $1,793.00 United States Currency;
  (Collectively, Asset Identification Number 22-FBI-007909); and

<u>Firearms:</u>
- M&P, Bodyguard, 3S0-caliber, obliterated serial number;
- New England Firearms, Pardner Pump, l2- gauge, SN: HW507226;
- New Taurus, PT 1911, .45 caliber, SN: NGW84836;
- LWRC Rifle, unknown model, 5.56 caliber, SN: 4-22336; and

- Ammunition.
  (Collectively, Asset Identification Number 22-FBI-007908).

(Subject Property)

2. The United States gave notice of the forfeiture to any and all potential claimants by posting notice on the official government internet forfeiture website for thirty (30) consecutive days as required under 21 U.S.C. § 853(n)(1) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Written notice was sent to, and received by, Christopher Juroff, David Golder, Kevin Hayes, Estate of Herman Wayne Hawkins, and Connor Gaskill.

3. It appears from the record that no person has asserted a claim for any of the Subject Property, and the time to do so has expired.

THEREFORE, IT IS NOW ORDERED, ADJUDGED and DECREED that the Preliminary Order of Forfeiture issued on April 21, 2023, is hereby amended, so that, in addition to the forfeiture of any interest of the Defendants in the Subject Property, the interests of any and all potential third-party claimants in the Subject Property, including Christopher Juroff, David Golder, Kevin Hayes, Estate of Herman Wayne Hawkins, and Connor Gaskill are FORFEITED to the United States of America pursuant to pursuant to 21 U.S.C. § 853(g), as incorporated by 28 U.S.C. § 2461(c);

IT IS DECREED that all right, title, and interest in the Subject Property vested in the United States upon the commission of the criminal acts giving rise to the forfeiture.

IT IS FURTHER DECREED that this is a proper certificate under 28 U.S.C. § 2465, that there was reasonable cause for seizure of the Subject Property, and that neither any officer or employee of the United States who seized the Subject Property nor the prosecutor bringing this

action will be liable to suit or judgment on account of this proceeding to forfeit the Subject Property.

The United States is hereby ORDERED to dispose of the Subject Property according to law.

SO ORDERED.

Distribution to all registered counsel via electronic notification.